**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| Terry Moye,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>Credit Protection Association,<br><br>　　　　　　　　Defendant. | Civil Action No.: 9:14-cv-00058-KFG |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 4, 2014

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 By: */s/ Jenny DeFrancisco*

　　　　　　　　　　　　　　　　　　　　Jenny DeFrancisco, Esq.
　　　　　　　　　　　　　　　　　　　　CT Bar No.: 432383
　　　　　　　　　　　　　　　　　　　　LEMBERG LAW LLC
　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　Facsimile: (203) 653-3424
　　　　　　　　　　　　　　　　　　　　E-mail: jdefrancisco@lemberglaw.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 4, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By   /s/ Jenny DeFrancisco

                 Jenny DeFrancisco